966 So.2d 593 (2007)
STATE ex rel. Rosean NEWSON
v.
STATE of Louisiana.
No. 2007-KH-0244.
Supreme Court of Louisiana.
November 2, 2007.
In re Newson, Rosean;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court Div. B, No. 228,879; to the Court of Appeal, Second Circuit, No. 42,001-KH.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.